IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| In re: CROWSON, Daniel,<br>*Debtor.* | Case No.: 23-00364-ELG<br>Chapter 7 |
| Daniel Crowson,<br>*Movant,*<br>v.<br>Bozzuto Management Co.,<br>*Respondent.* | |

## CREDITOR'S AMENDED WITNESS & EXHIBIT LIST

### EXHIBITS

A. Tenant Ledger as of October 7, 2024

B. Consent Settlement Agreement, eFiled on November 29, 2023

C. Plaintiff's Motion for Entry of Redeemable Judgment eFiled on December 7, 2023

D. Docket as of October 9, 2024, <u>Bozzuto Management Co. t/a Chase at Bryant St. v. Daniel Crowson</u>, Case No. 2023-LTB-005912, Landlord Tenant Branch, Civil Division, Superior Court of the District of Columbia

E. Notice to Tenant of Payment Required to Avoid Eviction, DC L&T Form 6 (the "Trans-Lux" Form)

### WITNESSES

1. Carrie Oelze, Central Business Manager
2. Kimberly Athridge, Director, Central Business Office

Gregory T. DuMont           DC Bar 455385
    E: Gregory.DuMont@OffitKurman.com
OFFIT | KURMAN
8000 Towers Crescent Dr., Suite 1400, Vienna, Virginia 22182-6212
T: (703) 745-1820           F: (703) 745-1835 (Fax)

Date: October 9, 2024,                                    Respectfully submitted,
                                                          By Counsel,

*/S/Gregory T. DuMont*

Gregory T. DuMont                    DC Bar 455385
   E: Gregory.DuMont@OffitKurman.com
OFFIT | KURMAN
8000 Towers Crescent Drive, Suite 1400
Vienna, Virginia 22182-6212
T: (703) 745-1820              F: (703) 745-1835
*Counsel for Creditor Bozzuto Management Co.*

## CERTIFICATE OF SERVICE

     I CERTIFY that on October 9, 2024, a copy of the foregoing pleadings was caused to be served upon the following persons by electronic means (unless otherwise indicated) to:

Daniel Crowson
670 Rhode Island Ave. NE, Apt. 513
Washington, DC  20002
E: daniel_crowson@outlook.com
*Debtor pro se*


U.S. Trustee – Region 4
U.S. Trustee's Office
1725 Duke Street, Suite 650
Alexandria, Virginia 22314
E: ustpregion04.ax.ecf@usdoj.gov

                                   */S/Gregory T. DuMont*
                                   Gregory T. DuMont, Esq.

**Resident Ledger**



**Date: 10/07/2024**

| Code | t0121708 | | | Property | 411 | Lease From | 05/28/2022 |
|---|---|---|---|---|---|---|---|
| Name | Daniel Crowson | | | Unit | 513A | Lease To | 05/27/2023 |
| Address | 670 Rhode Island Ave NE #513A | | | Status | Current | Move In | 05/28/2022 |
| | | | | Rent | 2072.00 | Move Out | |
| City | Washington, DC 20002 | | | Phone (H) | | Phone (W) | (804) 503-2113 |

| Date | Chg Code | Description | Charge | Payment | Balance | Chg/Rec |
|---|---|---|---|---|---|---|
| 05/28/2022 | secdp | Security Deposit - Res | 2,072.00 | | 2,072.00 | 6053864 |
| 05/28/2022 | | Security Deposit - Res | | 2,072.00 | 0.00 | 2895446 |
| 03/01/2023 | rent | Rent-Current Acct Period ONLY (03/2023) | 546.98 | | 546.98 | 6046384 |
| 03/01/2023 | trash | Trash Removal - Inc (03/2023) | 15.00 | | 561.98 | 6046385 |
| 04/01/2023 | trash | Trash Removal - Inc (04/2023) | 15.00 | | 576.98 | 6046388 |
| 04/01/2023 | rent | Rent-Current Acct Period ONLY (04/2023) | 2,072.00 | | 2,648.98 | 6046389 |
| 05/01/2023 | rent | Rent-Current Acct Period ONLY (05/2023) | 2,072.00 | | 4,720.98 | 6046390 |
| 05/01/2023 | trash | Trash Removal - Inc (05/2023) | 15.00 | | 4,735.98 | 6046391 |
| 06/01/2023 | rent | Rent-Current Acct Period ONLY (06/2023) | 2,072.00 | | 6,807.98 | 6046395 |
| 06/01/2023 | trash | Trash Removal - Inc (06/2023) | 15.00 | | 6,822.98 | 6046396 |
| 06/14/2023 | mtom | month to month charge 5/28-5/31 -JC | 45.16 | | 6,868.14 | 6046397 |
| 06/14/2023 | mtom | Month to Month 6/1-6/30 -JC | 200.00 | | 7,068.14 | 6046398 |
| 07/01/2023 | utility | Utility Admin Fee-05/01/23-06/01/23 | 2.92 | | 7,071.06 | 6046399 |
| 07/01/2023 | sewer | Utility - Sewer-05/01/23-06/01/23 | 15.67 | | 7,086.73 | 6046400 |
| 07/01/2023 | water | Utility - Water-05/01/23-06/01/23 | 6.35 | | 7,093.08 | 6046401 |
| 07/01/2023 | rent | Rent-Current Acct Period ONLY (07/2023) | 2,072.00 | | 9,165.08 | 6046402 |
| 07/01/2023 | trash | Trash Removal - Inc (07/2023) | 15.00 | | 9,180.08 | 6046403 |
| 07/01/2023 | mtom | Month to Month Rent (07/2023) | 350.00 | | 9,530.08 | 6046404 |
| 07/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 9,633.68 | 6046407 |
| 08/01/2023 | trash | Trash Removal - Inc (08/2023) | 15.00 | | 9,648.68 | 6046413 |
| 08/01/2023 | mtom | Month to Month Rent (08/2023) | 350.00 | | 9,998.68 | 6046414 |
| 08/01/2023 | rent | Rent-Current Acct Period ONLY (08/2023) | 2,072.00 | | 12,070.68 | 6046415 |
| 08/01/2023 | utility | Utility Admin Fee-06/01/23-07/01/23 | 2.92 | | 12,073.60 | 6046416 |
| 08/01/2023 | sewer | Utility - Sewer-06/01/23-07/01/23 | 9.80 | | 12,083.40 | 6046417 |
| 08/01/2023 | water | Utility - Water-06/01/23-07/01/23 | 3.97 | | 12,087.37 | 6046418 |
| 08/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 12,190.97 | 6046420 |
| 09/01/2023 | trash | Trash Removal - Inc (09/2023) | 15.00 | | 12,205.97 | 6046422 |
| 09/01/2023 | mtom | Month to Month Rent (09/2023) | 350.00 | | 12,555.97 | 6046423 |
| 09/01/2023 | rent | Rent-Current Acct Period ONLY (09/2023) | 2,072.00 | | 14,627.97 | 6046424 |
| 09/01/2023 | utility | Utility Admin Fee-07/01/23-08/01/23 | 2.92 | | 14,630.89 | 6046431 |
| 09/01/2023 | sewer | Utility - Sewer-07/01/23-08/01/23 | 17.50 | | 14,648.39 | 6046432 |
| 09/01/2023 | water | Utility - Water-07/01/23-08/01/23 | 7.09 | | 14,655.48 | 6046433 |
| 09/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 14,759.08 | 6046435 |
| 10/01/2023 | rent | Rent-Current Acct Period ONLY (10/2023) | 2,072.00 | | 16,831.08 | 6046436 |
| 10/01/2023 | mtom | Month to Month Rent (10/2023) | 350.00 | | 17,181.08 | 6046437 |
| 10/01/2023 | trash | Trash Removal - Inc (10/2023) | 15.00 | | 17,196.08 | 6046438 |
| 10/01/2023 | utility | Utility Admin Fee-08/01/23-09/01/23 | 2.92 | | 17,199.00 | 6046445 |
| 10/01/2023 | sewer | Utility - Sewer-08/01/23-09/01/23 | 15.67 | | 17,214.67 | 6046446 |
| 10/01/2023 | water | Utility - Water-08/01/23-09/01/23 | 6.35 | | 17,221.02 | 6046447 |
| 10/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 17,324.62 | 6046449 |
| 11/01/2023 | trash | Trash Removal - Inc (11/2023) | 15.00 | | 17,339.62 | 6046452 |

| Date | Type | Description | Amount | | Balance | Ref |
|---|---|---|---|---|---|---|
| 11/01/2023 | mtom | Month to Month Rent (11/2023) | 350.00 | | 17,689.62 | 6046453 |
| 11/01/2023 | rent | Rent-Current Acct Period ONLY (11/2023) | 2,072.00 | | 19,761.62 | 6046454 |
| 11/01/2023 | utility | Utility Admin Fee-09/01/23-10/01/23 | 2.92 | | 19,764.54 | 6046462 |
| 11/01/2023 | sewer | Utility - Sewer-09/01/23-10/01/23 | 8.36 | | 19,772.90 | 6046463 |
| 11/01/2023 | water | Utility - Water-09/01/23-10/01/23 | 3.39 | | 19,776.29 | 6046464 |
| 11/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 19,879.89 | 6046472 |
| 12/01/2023 | rent | Rent-Current Acct Period ONLY (12/2023) | 2,072.00 | | 21,951.89 | 6046481 |
| 12/01/2023 | trash | Trash Removal - Inc (12/2023) | 15.00 | | 21,966.89 | 6046482 |
| 12/01/2023 | mtom | Month to Month Rent (12/2023) | 350.00 | | 22,316.89 | 6046483 |
| 12/01/2023 | utility | Utility Admin Fee-10/01/23-11/01/23 | 2.92 | | 22,319.81 | 6046493 |
| 12/01/2023 | sewer | Utility - Sewer-10/01/23-11/01/23 | 12.67 | | 22,332.48 | 6046494 |
| 12/01/2023 | water | Utility - Water-10/01/23-11/01/23 | 5.14 | | 22,337.62 | 6046495 |
| 12/06/2023 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 22,441.22 | 6046500 |
| 12/30/2023 | parkinc | prorated december parking -JC | 14.52 | | 22,455.74 | 6046503 |
| 01/01/2024 | trash | Trash Removal - Inc (01/2024) | 15.00 | | 22,470.74 | 6046504 |
| 01/01/2024 | rent | Rent-Current Acct Period ONLY (01/2024) | 2,072.00 | | 24,542.74 | 6046505 |
| 01/01/2024 | mtom | Month to Month Rent (01/2024) | 350.00 | | 24,892.74 | 6046506 |
| 01/01/2024 | parkinc | Parking-Reserved (01/2024) | 225.00 | | 25,117.74 | 6046507 |
| 01/01/2024 | utility | Utility Admin Fee-11/01/23-12/01/23 | 2.92 | | 25,120.66 | 6046525 |
| 01/01/2024 | sewer | Utility - Sewer-11/01/23-12/01/23 | 11.10 | | 25,131.76 | 6046526 |
| 01/01/2024 | water | Utility - Water-11/01/23-12/01/23 | 4.50 | | 25,136.26 | 6046527 |
| 01/06/2024 | late | Late Fee 01/06/2024, 5% of your monthly rent of $2072.00, | 103.60 | | 25,239.86 | 6046538 |
| 01/18/2024 | parkinc | KL: Prorated parking from 6/1/2022 - 5/27/2023 | 2,374.19 | | 27,614.05 | 6046543 |
| 01/18/2024 | parkinc | KL: Prorated parking from 5/28/2023 - 12/29/2023 | 1,589.51 | | 29,203.56 | 6046544 |
| 02/01/2024 | mtom | Month to Month Rent (02/2024) | 350.00 | | 29,553.56 | 6046560 |
| 02/01/2024 | rent | Rent-Current Acct Period ONLY (02/2024) | 2,072.00 | | 31,625.56 | 6046561 |
| 02/01/2024 | trash | Trash Removal - Inc (02/2024) | 15.00 | | 31,640.56 | 6046562 |
| 02/01/2024 | parkinc | Parking-Reserved (02/2024) | 225.00 | | 31,865.56 | 6046563 |
| 02/01/2024 | utility | Utility Admin Fee-12/01/23-01/01/24 | 2.92 | | 31,868.48 | 6046583 |
| 02/01/2024 | sewer | Utility - Sewer-12/01/23-01/01/24 | 14.24 | | 31,882.72 | 6046584 |
| 02/01/2024 | water | Utility - Water-12/01/23-01/01/24 | 5.77 | | 31,888.49 | 6046585 |
| 02/06/2024 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 31,992.09 | 6046602 |
| 03/01/2024 | parkinc | Parking-Reserved (03/2024) | 225.00 | | 32,217.09 | 6046641 |
| 03/01/2024 | rent | Rent-Current Acct Period ONLY (03/2024) | 2,072.00 | | 34,289.09 | 6046642 |
| 03/01/2024 | trash | Trash Removal - Inc (03/2024) | 15.00 | | 34,304.09 | 6046643 |
| 03/01/2024 | mtom | Month to Month Rent (03/2024) | 350.00 | | 34,654.09 | 6046644 |
| 03/01/2024 | utility | Utility Admin Fee-01/01/24-02/01/24 | 2.92 | | 34,657.01 | 6046714 |
| 03/01/2024 | sewer | Utility - Sewer-01/01/24-02/01/24 | 11.62 | | 34,668.63 | 6046715 |
| 03/01/2024 | water | Utility - Water-01/01/24-02/01/24 | 4.71 | | 34,673.34 | 6046716 |
| 03/06/2024 | late | Late Fee Residential, 5% of $2072.00 | 103.60 | | 34,776.94 | 6046737 |
| 04/01/2024 | mtom | Month-to-Month Fee (04/2024) | 350.00 | | 35,126.94 | 6056788 |
| 04/01/2024 | parkinc | Parking (04/2024) | 225.00 | | 35,351.94 | 6056789 |
| 04/01/2024 | rent | Rent Charge (04/2024) | 2,072.00 | | 37,423.94 | 6056790 |
| 04/01/2024 | trash | Trash (04/2024) | 15.00 | | 37,438.94 | 6056791 |
| 04/06/2024 | late | Late Charges April Late Fee, 5% of $2072.00 | 103.60 | | 37,542.54 | 6067506 |
| 05/01/2024 | mtom | Month-to-Month Fee (05/2024) | 350.00 | | 37,892.54 | 6129476 |
| 05/01/2024 | parkinc | Parking (05/2024) | 225.00 | | 38,117.54 | 6129477 |
| 05/01/2024 | rent | Rent Charge (05/2024) | 2,072.00 | | 40,189.54 | 6129478 |
| 05/01/2024 | trash | Trash (05/2024) | 15.00 | | 40,204.54 | 6129479 |
| 05/01/2024 | adminfee | Svc/Admin Fee Reimb-02/01/24-03/01/24 | 2.92 | | 40,207.46 | 6138238 |
| 05/01/2024 | sewer | Sewer Charge-02/01/24-03/01/24 | 9.01 | | 40,216.47 | 6138239 |
| 05/01/2024 | water | Water Charge-02/01/24-03/01/24 | 3.65 | | 40,220.12 | 6138240 |
| 05/01/2024 | adminfee | Svc/Admin Fee Reimb-03/01/24-04/01/24 | 2.92 | | 40,223.04 | 6139952 |
| 05/01/2024 | sewer | Sewer Charge-03/01/24-04/01/24 | 13.92 | | 40,236.96 | 6139953 |
| 05/01/2024 | water | Water Charge-03/01/24-04/01/24 | 9.67 | | 40,246.63 | 6139954 |
| 05/06/2024 | late | Late Charges May Late Fee, 5% of $2072.00 | 103.60 | | 40,350.23 | 6160287 |
| 06/01/2024 | adminfee | Svc/Admin Fee Reimb-04/01/24-05/01/24 | 2.92 | | 40,353.15 | 6194960 |
| 06/01/2024 | sewer | Sewer Charge-04/01/24-05/01/24 | 12.36 | | 40,365.51 | 6194961 |
| 06/01/2024 | water | Water Charge-04/01/24-05/01/24 | 8.88 | | 40,374.39 | 6194962 |
| 06/01/2024 | mtom | Month-to-Month Fee (06/2024) | 350.00 | | 40,724.39 | 6237011 |
| 06/01/2024 | parkinc | Parking (06/2024) | 225.00 | | 40,949.39 | 6237012 |
| 06/01/2024 | rent | Rent Charge (06/2024) | 2,072.00 | | 43,021.39 | 6237013 |

| Date | Type | Description | Amount | | Balance | Ref |
|---|---|---|---|---|---|---|
| 06/01/2024 | trash | Trash (06/2024) | 15.00 | | 43,036.39 | 6237014 |
| 06/06/2024 | late | Late Charges June Late Fee, 5% of $2072.00 | 103.60 | | 43,139.99 | 6264474 |
| 07/01/2024 | mtom | Month-to-Month Fee (07/2024) | 350.00 | | 43,489.99 | 6331765 |
| 07/01/2024 | parkinc | Parking (07/2024) | 225.00 | | 43,714.99 | 6331766 |
| 07/01/2024 | rent | Rent Charge (07/2024) | 2,072.00 | | 45,786.99 | 6331767 |
| 07/01/2024 | trash | Trash (07/2024) | 15.00 | | 45,801.99 | 6331768 |
| 07/01/2024 | adminfee | Svc/Admin Fee Reimb-05/01/24-06/01/24 | 2.92 | | 45,804.91 | 6340645 |
| 07/01/2024 | sewer | Sewer Charge-05/01/24-06/01/24 | 13.76 | | 45,818.67 | 6340646 |
| 07/01/2024 | water | Water Charge-05/01/24-06/01/24 | 9.59 | | 45,828.26 | 6340647 |
| 07/06/2024 | late | Late Charges July Late Fee, 5% of $2072.00 | 103.60 | | 45,931.86 | 6366771 |
| 07/19/2024 | rentrins | Policy fee for 13 days. | 2.94 | | 45,934.80 | 6377635 |
| 08/01/2024 | adminfee | Svc/Admin Fee Reimb-06/01/24-07/01/24 | 2.92 | | 45,937.72 | 6419213 |
| 08/01/2024 | sewer | Sewer Charge-06/01/24-07/01/24 | 11.42 | | 45,949.14 | 6419214 |
| 08/01/2024 | water | Water Charge-06/01/24-07/01/24 | 8.41 | | 45,957.55 | 6419215 |
| 08/01/2024 | mtom | Month-to-Month Fee (08/2024) | 350.00 | | 46,307.55 | 6448134 |
| 08/01/2024 | parkinc | Parking (08/2024) | 225.00 | | 46,532.55 | 6448135 |
| 08/01/2024 | rent | Rent Charge (08/2024) | 2,072.00 | | 48,604.55 | 6448136 |
| 08/01/2024 | rentrins | Renters Insurance (08/2024) | 7.00 | | 48,611.55 | 6448137 |
| 08/01/2024 | trash | Trash (08/2024) | 15.00 | | 48,626.55 | 6448138 |
| 08/06/2024 | late | Late Charges, 5% of $2072.00 | 103.60 | | 48,730.15 | 6472066 |
| 09/01/2024 | adminfee | Svc/Admin Fee Reimb-07/01/24-08/01/24 | 2.92 | | 48,733.07 | 6519401 |
| 09/01/2024 | sewer | Sewer Charge-07/01/24-08/01/24 | 7.35 | | 48,740.42 | 6519402 |
| 09/01/2024 | water | Water Charge-07/01/24-08/01/24 | 6.36 | | 48,746.78 | 6519403 |
| 09/01/2024 | mtom | Month-to-Month Fee (09/2024) | 350.00 | | 49,096.78 | 6554669 |
| 09/01/2024 | parkinc | Parking (09/2024) | 225.00 | | 49,321.78 | 6554670 |
| 09/01/2024 | rent | Rent Charge (09/2024) | 2,072.00 | | 51,393.78 | 6554671 |
| 09/01/2024 | rentrins | Renters Insurance (09/2024) | 7.00 | | 51,400.78 | 6554672 |
| 09/01/2024 | trash | Trash (09/2024) | 15.00 | | 51,415.78 | 6554673 |
| 09/11/2024 | late | Late Charges | 103.60 | | 51,519.38 | 6582986 |
| 10/01/2024 | adminfee | Svc/Admin Fee Reimb-08/01/24-09/01/24 | 2.92 | | 51,522.30 | 6632593 |
| 10/01/2024 | sewer | Sewer Charge-08/01/24-09/01/24 | 8.92 | | 51,531.22 | 6632594 |
| 10/01/2024 | water | Water Charge-08/01/24-09/01/24 | 7.15 | | 51,538.37 | 6632595 |
| 10/01/2024 | mtom | Month-to-Month Fee (10/2024) | 350.00 | | 51,888.37 | 6662630 |
| 10/01/2024 | parkinc | Parking (10/2024) | 225.00 | | 52,113.37 | 6662631 |
| 10/01/2024 | rent | Rent Charge (10/2024) | 2,072.00 | | 54,185.37 | 6662632 |
| 10/01/2024 | rentrins | Renters Insurance (10/2024) | 7.00 | | 54,192.37 | 6662633 |
| 10/01/2024 | trash | Trash (10/2024) | 15.00 | | 54,207.37 | 6662634 |

Case 23-00364-ELG    Doc 73    Filed 10/09/24    Entered 10/09/24 14:47:22    Desc Main
Document      Page 6 of 20

eFiled
11/29/2023 10:27:34 AM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
LANDLORD AND TENANT BRANCH

| | |
|---|---|
| BOZZUTO MANAGEMENT COMPANY ) <br> T/A CHASE AT BRYANT ST. ) <br> ) <br> *Plaintiff*, ) <br> ) <br> vs. ) <br> ) <br> DANIEL CROWSON ) <br> ) <br> *Defendant*. ) <br> ) | Case Number: 2023 LTB 005912 |

## CONSENT SETTLEMENT AGREEMENT

The Clerk of the Court will please mark this matter as settled pursuant to the following terms:

1. The Parties agree that $16,293.29 is due in unpaid rent through November 2023 ("Arrearage"). Defendant agrees to repay the Arrearage as follows:

    a) $150.00 by November 20, 2023;

    b) $150.00 by the 20th of each month thereafter until the Arrearage is paid in full.

2. Defendant further agrees to pay monthly rent in full and by the 5th of each month beginning with December 2023 rent. Defendant's current monthly rent is $2,113.00 subject to increase consistent with the Lease.

3. The Parties acknowledge that Defendant may submit an application for Emergency Rental Assistance ("ERAP") following the entry of this Agreement. In the event Defendant is successful in obtaining ERAP, any award paid to the Plaintiff shall be credited towards the Arrearage, and Defendant will continue making payments of monthly rent and Arrearage consistent with the schedule in paragraph 1. Any ERAP

1

Exhibit B

award will not be deemed to be a prepayment of any future monthly rent or Arrearage payments.

4. In the event Defendant fails to make any payment as required by paragraphs 1 or 2, herein, Plaintiff shall be entitled to the entry of a redeemable judgment for possession upon Motion and notice to Defendant.

5. This Agreement resolves all claims and defenses which could have been raised in this action.

6. The Parties hereto enter into this agreement only after receiving the opportunity to consult counsel.

*Daniel Crowson*
_____
Daniel Crowson
670 Rhode Island Avenue NE #513
Washington, DC 20002
*Defendant*

*Brian Dorwin*
_____
Brian Dorwin, D.C. Bar 1022905
Offit Kurman, P.A
7501 Wisconsin Avenue NW Ste. 1000W
Bethesda, MD 20814
*Counsel for Plaintiff*

2

Exhibit B

eFiled
12/07/2023 10:17:16 AM
Superior Court
of the District of Columbia

SUPERIOR COURT OF THE DISTRICT OF COLUMBIA
CIVIL DIVISION
LANDLORD AND TENANT BRANCH

| | |
|---|---|
| BOZZUTO MANAGEMENT COMPANY T/A CHASE AT BRYANT ST., <br><br> *Plaintiff,* <br><br> v. <br><br> DANIEL CROWSON, <br><br> *Defendant.* | Case No. 2023-LTB-005912 |

### PLAINTIFF'S MOTION FOR ENTRY OF REDEEMABLE JUDGMENT

COMES NOW, Bozzuto Management Company T/A Chase at Bryant St. ("Plaintiff") by undersigned counsel, to respectfully move this Court for the entry of a redeemable judgment for possession pursuant to the Consent Settlement Agreement executed and filed by the Parties. Plaintiff bases the instant Motion upon the following Points and Authorities:

**Points and Authorities**

1. The instant action was filed upon a failure to pay rent by Defendant. The Parties entered into a Consent Settlement Agreement filed with the Court on November 29, 2023.

2. Pursuant to the Consent Settlement Agreement, the parties agreed that $16,293.29 was due in unpaid rent through April 1, 2023 (the "Arrearage"), and Defendant agreed to make the following payments towards the Arrearage:

   a. $150.00 by November 20, 2023;

   b. $150.00 by the 20th of each month thereafter, until the Arrearage was paid in full.

<span style="color:red">Exhibit C</span>

3.  Defendant further agreed to pay monthly rent, currently in the amount of $2,113.00, on or before the 5th of each month beginning December 5, 2023.

4.  As of the date of drafting, Defendant has made none of the payments due under the Consent Settlement Agreement.

5.  Pursuant to paragraph 4 of the Agreement, Defendant's default entitles Plaintiff to the entry of a redeemable judgment in the amount of the Arrearage, plus all unpaid additional rent coming due during the course of the Arrearage repayment period.

WHEREFORE, based upon the foregoing, Plaintiff prays this Honorable Court enter a redeemable judgment for possession in favor of Plaintiff and against the Defendant.

Respectfully submitted,

OFFIT KURMAN, PA

By: /s/ Rob Donahue
Robert Donahue, #1671214
Offit Kurman, P.A.
7501 Wisconsin Avenue, Suite 1000W
Bethesda, MD 20814
(240) 507-1869
rob.donahue@offitkurman.com
*Counsel for Plaintiff*

Exhibit C

## NOTICE OF HEARING

The Clerk of the Court will please send notice to the Parties of the hearing date set for the instant Motion.

    /s/ Rob Donahue
Rob Donahue

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on December 7, 2023, a copy of the foregoing was sent by first-class mail, postage prepaid to Defendant at the address below:

Daniel Crowson
670 Rhode Island Avenue NE #513
Washington, DC 20002

    /s/ Rob Donahue
Rob Donahue

Exhibit C

# Landlord Tenant

## Case Summary

### Case No. 2023-LTB-005912

| | | |
|---|---|---|
| **Bozzuto Management Company v. Daniel Crowson** § § § | Location: Judicial Officer: Filed on: | **Landlord Tenant** **Landlord & Tenant, Judge** **06/13/2023** |

## Case Information

| | |
|---|---|
| Case Type: | Landlord & Tenant - Residential |
| Subtype: | Non-Payment of Rent |
| Case Status: | **08/05/2024   Closed** |
| | 08/05/2024   Reopen |
| | 05/13/2024   Closed |
| | 05/13/2024   Reopen |
| | 11/29/2023   Closed |
| | 06/13/2023   Open |

### Statistical Closures

11/29/2023   Settlement-Consent Settlement Agreement Filed
05/13/2024   Judgment - Redeemable After Breach of Settlement
08/05/2024   Judgment - Redeemable Judgment for Possession

## Assignment Information

**Current Case Assignment**
Case Number        2023-LTB-005912
Court              Landlord Tenant
Date Assigned      06/13/2023
Judicial Officer   Landlord & Tenant, Judge

## Party Information

<span style="color:red">Exhibit D</span>

*Lead Attorneys*

| | | |
|---|---|---|
| **Plaintiff** | **Bozzuto Management Company** | **Friend-Kelly, Jennifer** |
| | *Trading As* Chase at Bryant St. | *Retained* |
| | 670 Rhode Island AVE Northeast | 240-507-1747(W) |
| | Washington, DC 20002 | Offit Kurman |
| | | 7501 Wisconsin Avenue |
| | | Suite 1000W |
| | | Bethesda, MD 20814 |
| | | jfriend-kelly@offitkurman.com |
| **Defendant** | **Crowson, Daniel** | |
| | 670 Rhode Island AVE Northeast | |
| | Washington, DC 20002 | |

## Events and Orders of the Court

**06/13/2023**
Complaint Filed
    Docketed On:   06/13/2023
    Filed By:   Plaintiff Bozzuto Management Company

**06/13/2023**
Initial Hearing Notice and Instructions for LT [Remote]

**06/13/2023**
Notice

**09/19/2023**
Affidavit/Declaration of Service: Personal Service
    Docketed On:   09/19/2023
    Filed By:   Plaintiff Bozzuto Management Company
    Served On:   Defendant Crowson, Daniel

**10/12/2023**
Request for Emergency Continuance by Telephone

Exhibit D

| | |
|---|---|
| 10/13/2023 | **Remote Initial Hearing** (11:00 AM)<br>**MINUTES - 10/13/2023**<br>Oral Consent to Magistrate Judge<br>    Party:  Defendant Crowson, Daniel;<br>           Primary Attorney Friend-Kelly, Jennifer<br><br>Held and Completed;<br>Journal Entry Details:<br>COURTSMART. REMOTE (B-109) Plaintiff counsel Rauch present. Defendant present pro se. Both parties consented to the magistrate. Defendant requested for ascertainment of counsel. Defendant stated he has a pending ERAP application. HCS confirmed there is a pending ERAP application. Case is stayed. Case continued for a further initial hearing on 12/4/23 at 10:00 am in courtroom B-52. All rights reserved.;<br>Parties Present:  Primary Attorney  Friend-Kelly, Jennifer<br>           Defendant  Crowson, Daniel<br>    Held and Completed |
| 10/13/2023 | Oral Consent to Magistrate Judge<br>    Party:  Defendant Crowson, Daniel;<br>           Primary Attorney Friend-Kelly, Jennifer |
| 11/29/2023 | Consent Settlement Agreement Filed<br>    Docketed On:  11/30/2023<br>    Filed By:  Defendant Crowson, Daniel;<br>           Plaintiff Bozzuto Management Company |
| 12/04/2023 | *CANCELED* **Remote Further Initial Hearing** (10:00 AM) (Judicial Officer: Bouchet, Rahkel)<br>    *Case Settled and/or Dismissed* |
| 12/07/2023 | Motion for Judgment Filed    (Judicial Officer: Puig-Lugo, Hiram E)<br>    Docketed on:  12/07/2023<br>    Filed by:  Plaintiff Bozzuto Management Company |
| 12/27/2023 | Appl. to Proceed w/o Prepayment of Cost Filed<br>    Docketed On:  12/27/2023<br>    Filed By:  Defendant Crowson, Daniel |
| 12/27/2023 | Notice to Court (Praecipe) Filed<br>    Filed by:  Defendant Crowson, Daniel |
| 12/27/2023 | Appl. to Proceed w/o Prepayment of Cost Granted by Clerk |

<span style="color:red">Exhibit D</span>

02/12/2024 
### Remote Motion Judgmt for Breach of Agreemt (11:00 AM) (Judicial Officer: Landlord & Tenant, Judge)
**MINUTES - 02/12/2024**
Held and Continued;
Journal Entry Details:
*Courtsmart. Case heard in webex remotely. Plaintiff atty. Wagner present. Defendant failed to appear. Defendant has filed bankruptcy. Case remains stayed. Case continues to 5/13/24 at 3pm in A45. Case to be unsealed per Judge Puig-Lugo.;*
Held and Continued

05/03/2024 
Motion for Continuance    (Judicial Officer: Puig-Lugo, Hiram E)
Docketed on:   05/03/2024
Filed by:   Defendant Crowson, Daniel

05/13/2024 
### Remote Motion Judgmt for Breach of Agreemt (3:00 PM) (Judicial Officer: Landlord & Tenant, Judge)
**MINUTES - 05/13/2024**
Held and Completed;
Journal Entry Details:
*Courtsmart. Case heard in webex remotely. Plaintiff atty. Dumont and defendnat present. Defendant bankruptcy case is pending. Defendant has no pending erap. Defendant failed to make payments as to the settlement agreement.Defendant raised housing code violations/ Plaintiff Motion for Judgment Granted. Plaintiff to file a form 6. Defendant owes $29,554.98 monthly rent is $2,072.00. Defendant motion to continue Denied.;*
Held and Completed

05/13/2024 
*CANCELED* **Remote Motion Hearing** (3:00 PM)
05/13/2024 Reset by Court to 05/13/2024
*Scheduled in Error*

05/13/2024

**Remote Motion Hearing**  (3:00 PM)   (Judicial Officer: Landlord & Tenant, Judge)

    **MINUTES - 05/13/2024**
Held and Completed;
Journal Entry Details:
*Courtsmart. Case heard in webex remotely. Plaintiff atty. Dumont and defendnat present. Defendant bankruptcy case is pending. Defendant has no pending erap. Defendant failed to make payments as to the settlement agreement.Defendant raised housing code violations/ Plaintiff Motion for Judgment Granted. Plaintiff to file a form 6. Defendant owes $29,554.98 monthly rent is $2,072.00. Defendant motion to continue Denied.;*
    Held and Completed

05/13/2024    Oral Order Granting      (Judicial Officer: Puig-Lugo, Hiram E)
    *Plaintiff Motion for Judgment*

05/13/2024    Oral Order Denying      (Judicial Officer: Puig-Lugo, Hiram E)
    *Defendants Motion to Continue*

05/13/2024   

Judgment     (Judicial Officer: Puig-Lugo, Hiram E)
  *a redeemable judgment for possession is entered in favor of BOZZUTO MANAGEMENT COMPANY and against DANIEL CROWSON.*
  Signed On:   05/13/2024

05/14/2024   

    Motion to Stay Filed     (Judicial Officer: Pipe, Judith)
       *MOTION TO STAY CIVIL PROCEEDINGS FILED*
       Docketed on:   05/14/2024
       Filed by:   Defendant Crowson, Daniel

05/15/2024
    Motion for Entry of Judgment Filed     (Judicial Officer: Trabal, Raquel)
       Docketed on:   05/15/2024
       Filed by:   Plaintiff Bozzuto Management Company

05/16/2024
    Notice to Tenant of Payment Required to Avoid Eviction Filed
       *mailed by clerk 05/16/2024*
       Party:   Plaintiff Bozzuto Management Company

05/16/2024 
Motion for Temporary Restraining Order Filed    (Judicial Officer: Pipe, Judith)
    Docketed on:   05/16/2024
    Filed by:   Defendant Crowson, Daniel

06/06/2024 
**Remote Motion Hearing**  (3:00 PM)
    **MINUTES - 06/06/2024**
Held and Completed;
Journal Entry Details:
*CourtSmart. Hearing held remotely. Pltf. Atty. DuMont and Deft. present. Defendant's Motion for Temporary Restraining Order is Granted. Bankruptcy stay remains in place until Order from bankruptcy Court to proceed. Motion hearings prevously set for 7/15/24 and 8/21/24 are Vacated. Remote Status Hearing is scheduled for 8/5/24 at 3:00 pm in Courtroom B-52.;*
Parties Present:   Plaintiff   Bozzuto Management Company
                      Defendant   Crowson, Daniel
    *Held and Completed*

06/06/2024   Oral Order Granting    (Judicial Officer: Pipe, Judith)
    *deft. motion for temporary restraining order*

07/15/2024 
*CANCELED* **Remote Motion Hearing**  (3:00 PM)   (Judicial Officer: Trafford, Sherry M)
    *Vacated*

07/17/2024   📄
Notice to Court (Praecipe) Filed
    *Praecipe Lifting of the Automatic Stay Filed.*
    Docketed on:   07/17/2024
    Filed by:   Plaintiff Bozzuto Management Company

08/02/2024   
Motion to Stay Filed    (Judicial Officer: Trabal, Raquel)
    Docketed on:   08/02/2024
    Filed by:   Defendant Crowson, Daniel

08/05/2024 
   **Remote Status Hearing**  (3:00 PM)  (Judicial Officer: Trabal, Raquel)
      **MINUTES - 08/05/2024**
      Held and Completed;
      Journal Entry Details:
      *Courtsmart/Webex/Remote. Plaintiff Attorney Dumont present. Defendant Crowson present. Plaintiff Oral Motion to Lift the Bankruptcy/TRO Stay-GRANTED. Judgment for Possession has been entered. Plaintiff shared order for the US Bankruptcy via WEBEX. Defendant Motion to Stay-DENIED. Defendant balance is $35,224.00. Monthly Rent is $2,072.00.;*
      Parties Present:   Primary Attorney   Friend-Kelly, Jennifer
                         Defendant   Crowson, Daniel
         Held and Completed

08/05/2024   Stay Lifted
      *TRO/Bankruptcy Stay Lifted*

08/05/2024

Judgment     (Judicial Officer: Trabal, Raquel)
   *a redeemable judgment for possession is entered in favor of Bozzuto Management Company and against Daniel Crowson.*
   Signed On:   08/05/2024

08/09/2024 
      Motion to Vacate Filed    (Judicial Officer: Landlord & Tenant, Judge)
         Docketed on:   08/09/2024
         Filed by:   Defendant Crowson, Daniel

08/09/2024 
      Motion to Stay Filed    (Judicial Officer: Landlord & Tenant, Judge)
         Docketed on:   08/09/2024
         Filed by:   Defendant Crowson, Daniel

08/20/2024 
      Writ of Restitution Received
         Party:   Plaintiff Bozzuto Management Company;
                  Primary Attorney Friend-Kelly, Jennifer

08/21/2024 
      *CANCELED* **Remote Motion Judgmt for Breach of Agreemt**   (11:00 AM)
        (Judicial Officer: Puig-Lugo, Hiram E)
         *Vacated*

08/21/2024 
      Writ of Restitution Rejected
         *The judgment has expired.*

<span style="color:red">Exhibit D</span>

| | |
|---|---|
| 09/26/2024 | Notice |
| 10/04/2024 | 📄 **Writ of Restitution Received** <br> Party:   Plaintiff Bozzuto Management Company |
| 10/07/2024 | **Motion Filed**     (Judicial Officer: Landlord & Tenant, Judge) <br> *To Quash Writ and Enforce Sanctions* <br> Docketed on:   10/07/2024 <br> Filed by:   Defendant Crowson, Daniel |
| 10/07/2024 | Writ of Restitution Approved / Issued |
| 10/07/2024 | Notice |
| 10/17/2024 | **Remote Motion Hearing**  (3:00 PM)   (Judicial Officer: Landlord & Tenant, Courtroom B53) |
| 11/20/2024 | **Remote Motion Hearing**  (3:00 PM)   (Judicial Officer: Landlord & Tenant, Judge) |
| 12/04/2024 | **Remote Motion Hearing**  (2:00 PM)   (Judicial Officer: Landlord & Tenant, Courtroom B53) |

## Financial Information

| | |
|---|---:|
| **Defendant**   Crowson, Daniel | |
| Total Financial Assessment | 70.00 |
| Total Payments and Credits | 70.00 |
| **Balance Due as of 10/09/2024** | **0.00** |
| **Plaintiff**   Bozzuto Management Company | |
| Total Financial Assessment | 248.00 |
| Total Payments and Credits | 248.00 |
| **Balance Due as of 10/09/2024** | **0.00** |

eFiled
5/16/2024 9:18:47 AM
Superior Court
of the District of Columbia

L&T Form 6

**SUPERIOR COURT OF THE DISTRICT OF COLUMBIA CIVIL DIVISION**
**LANDLORD AND TENANT BRANCH**
Bldg. B, 510 4th Street, NW, RM. 110 Washington, DC 20001 Telephone (202) 879-4879

L&T 2023-LTB-005912

BOZZUTO MANAGEMENT COMPANY TA
Chase at Bryant St.                                    v.    DANIEL CROWSON
Plaintiff/Landlord                                                Defendant/Tenant

## NOTICE TO TENANT OF PAYMENT REQUIRED TO AVOID EVICTION

A (check one) ☐ default or ☑ judgment for possession for nonpayment of rent was entered against you on (date) 05/13/2024. **This means that the Landlord has the right to evict you.** However, at any time before the U. S. Marshals Service has completed your eviction, you may avoid eviction by paying the amount listed in paragraph (e). Payment must be made in full, directly to the Landlord. The Landlord is required to accept your payment as long as the eviction has not been completed. If you wait until the U.S. Marshals Service has arrived at the property to conduct the eviction, you can pay the Landlord only by cash, cashier's check, or money order. You are required to pay only the amounts included on this form to avoid eviction, although these amounts will increase as specified below. The Landlord may not require you to pay any other amounts to avoid eviction; however, the Landlord may seek additional fees through a separate court action. If you disagree with the amounts shown below and you wish to challenge them, you should come to court immediately, with any papers or other evidence, and file an Application to Reduce Payment Required to Avoid Eviction.

**a. RENT:** the amount of rent owed (not including late fees, court costs, or any other costs)

$ 2072.00   x   14   +   $ 546.98   =   29554.98
Rent/mo       # of mos. owed    add'l partial payment owed, if any       Total Rent Owed

**b. COURT COSTS:**
278.00
Total Court Costs

**c. LATE FEES:** The Tenant cannot be required to pay a late fee unless a judge approves this form by signing it on the second page.

$ _____ x _____ + $ _____ = _____
late fee/mo    # of mos. owed    add'l partial payment owed, if any    Total Late Fee Owed

**d. OTHER COSTS:** The Tenant cannot be required to pay other costs unless a judge approves this form by signing it on the second page.

$ _____ other costs owed for (specify) _____    _____
                                                            Total Other Costs

**e.** As of (date) 05/13/2024, the amount you must pay to avoid eviction is:    $ 29832.98
                                                                                   **TOTAL**

**Note that the total amount you must pay to avoid eviction will increase over time. Specifically:**
1. Each month, on the dates indicated in your lease agreement, an additional month's rent, and late fees of $_____, will be added to the total that must be paid to avoid eviction. Currently, your monthly rent is $ 2072.00. If the amount of your monthly rent increases or decreases, you must pay the new amount.
2. If the Landlord files a writ of restitution after this form has been issued, then the amount you must pay to the Landlord to avoid eviction will increase by $18. You will be responsible for paying the additional amount directly to the Landlord. (This additional payment is not required if the property is owned by the D.C. Housing Authority.)
3. If the U.S. Marshals Service arrives on the premises to evict you, then the amount you must pay the Landlord to avoid eviction will increase by $195 (over and above the $18 described in #2). (This additional payment is not required if the property is owned by the D.C. Housing Authority.)

1

<span style="color:red">Exhibit E</span>

**Certification or Oath:** *I hereby certify/swear that I have read this Notice to Tenant of Payment Required to Avoid Eviction and declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge, information, and belief.*

*Brian Dorwin*                                                                                    05/16/2024
Signature of Plaintiff/Landlord, Plaintiff's Agent, or Attorney                          Date

**Court Approval (if applicable):**

_____                                _____
Signature of Judge Presiding in Landlord and Tenant Branch            Date

Date this form was mailed to Tenant by the Landlord and Tenant Branch Clerk's Office: **05/16/2024**

Mailed to:

DANIEL CROWSON

670 Rhode Island Avenue NE # 513                                         2023-LTB-005912

Washington, DC  20002                                                          ID#   106581

The landlord must file this form within seven calendar days of the entry of a default or a judgment, whichever occurs first, in every case in which the complaint or notice to quit is based on unpaid rent, even if the landlord did not seek a money judgment.

2

<span style="color:red">Exhibit E</span>